3/22/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

JOHN EGAN,

Plaintiff,

-against-

LOCAL 363, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS' UNION,

Defendant.

---------------------------------------------------------X

18 **CIVIL** 4656 (NSR)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 22, 2021, Defendant's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
March 22, 2021

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:** K Mango

**Deputy Clerk**